Robin K. SCHLESIER *v.* STATE of Arkansas

CR 97-399                                                     946 S.W.2d 184

Supreme Court of Arkansas
Opinion delivered June 16, 1997

*Gruber Law Firm*, by: *Wayne A. Gruber*, for appellant.

No response.

PER CURIAM. Robin K. Schlesier, by his attorney, has filed an amended motion for a rule on the clerk.

His attorney, Wayne A. Gruber, admits in his amended motion that the record was not timely filed due to a mistake on his part.

■  We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.